UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ORLANDO C.P.,[1]

Petitioner,

v.

TODD BLANCHE, et al.

Respondents.

No. 1:26-cv-05376-TLN-CKD

A# 026-001-213

**RELEASE ORDER**

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 16.) Respondents filed objections to the findings and recommendations "for the reasons previously articulated in [their] Answer." (ECF No. 17.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 16) are ADOPTED IN FULL.
2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.
3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner from custody under an order of supervision. At the time of release, Respondents must provide a copy of this Order to Petitioner and return all of Petitioner's documents and possessions. Respondents must file a **notice of compliance** with this provision by **September 14, 2026.**
4. Respondents are ENJOINED from re-detaining Petitioner absent (1) a travel document for the country of removal or materially changed circumstances and (2) compliance with constitutional protections, including a minimum of seven-days' pre-deprivation notice, and strict compliance with the requirements of 8 C.F.R. §§ 241.13(i), 241.4(l).
5. Respondents are further ENJOINED from removing Petitioner to a third country until they first provide a minimum of seven-days' notice of such intent and a meaningful opportunity to assert a fear-based claim for relief from removal. If Petitioner asserts a fear-based claim for relief from removal, Respondents must provide him a meaningful opportunity to be heard before an immigration judge as to that claim, prior to removal.
6. The Clerk of Court is directed to serve this Order on **California City Detention Facility**, enter judgment for Petitioner, and close this case.

IT IS SO ORDERED.

DATE: September 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE